Pd $25

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CARLEEN AHERN

v.    3:01cv02313 (DJS)

TRANS UNION LLC
ZALE CORPORATION

FILED 2003 JUL 21 A 10: 40 US DISTRICT COURT HARTFORD CT

### APPLICATION OF COUNSEL FOR DEFENDANT TRANS UNION LLC, FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(b) of the Rules of the United States District Court of Connecticut, undersigned counsel for Defendant, **TRANS UNION LLC** ("Trans Union"), respectfully requests that the following attorney be allowed to appear in the above-styled cause pro hac vice, representing Trans Union:

> Timothy P. Creech, Esq.
> **SATZBERG, TRICHON, KOGAN & WERTHEIMER, P.C.**
> 1818 Market St.
> 30th Floor
> Philadelphia, PA 19103

and represents to the Court that said attorney is admitted to practice before the State Bars of Pennsylvania, New Jersey, and New York, and the Federal District Bars for Pennsylvania (Eastern), New Jersey, and New York (Eastern and Southern) where said attorney regularly practices law.

A certificate of good standing and payment of the pro hac vice admission fee of $25.00 for Mr. Creech are submitted with this Application.

10/28/03 Granted. Motion to Admit WMS