# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CARLEEN AHERN**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:01cv2313(DJS) |
| **TRANSUNION LLC**<br>    **Defendant** | : |

## ORDER

The Plaintiff's Motion for Rule 11 Orders (Doc. #107) is hereby **DENIED**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   6th   day of November, 2003.


　　　　　　　　　　　　　　　　　　　 /s/DJS
　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　United States District Judge