UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARLEEN AHERN

v.

TRANS UNION LLC
ZALE CORPORATION

301cv02313 (DJS)
DATED: NOVEMBER 17, 2003

## TRANS UNION LLC'S UNOPPOSED
## MOTION TO ADJOURN TRIAL READY DATE

Trans Union respectfully requests that the Trial Ready Date be adjourned from December 2003 to January or February, 2004 and avers the following in support of the request:

1.   On March 4, 2003, the parties cross motions for summary judgment were denied and an Amended Joint Trial Memorandum was filed on May 1, 2003. Thereafter, plaintiff amended her complaint and by Order endorsed June 4, 2003, discovery and trial memorandum dates were reset, and the jury trial was set for October, 2003. Plaintiff's first request for an extension of that trial setting was granted and the trial was moved to December 2003.

**Unavailability of Witnesses Diane Terry and Steven Reger (Preparation):**

2.   Diane Terry is Trans Union's Director Western Region, Consumer Relations and Fraud Victim Assistant Departments ("FVAD"), located in Fullerton, California. Ms. Terry is Trans Union's corporate representative and most crucial witness. She has long been responsible for Trans Union's fraud prevention and investigations department, FVAD, and is familiar with the facts of this action. Commencing November 4, 2003, Ms. Terry has been a witness and corporate designee in a jury trial in the United States District Court for the Eastern District of California (Fresno), Soghomonian v. Trans Union, CV F 99-5773. That jury trial is ongoing, and is expected to continue at least through this week, and possibly into the week of November 24, 2003. As a result, Ms. Terry

has been completely unavailable to cooperate with counsel to prepare for the Ahern trial.1 Even if the California case goes to the jury this week, Ms. Terry will likely not be able to meet and cooperate with counsel to prepare for this case (Ahern) before the week of December 1, because of the Thanksgiving Holiday and the fact that she has been on trial and out of her office in northern California for three (3) weeks. (Trans Union's FVAD offices are located in southern California.)

Therefore, if the instant action is not continued, Trans Union's inability to meet and prepare with its main witness will severely prejudice the defense of this action, as a result of events beyond Trans Union's control.

**Unavailability of Witness Keith McCawley - December 12-21:**

3.      Mr. McCawley is a Trans Union Senior Manager in Compliance and was formerly with Marketing Services. He is identified to testify in support of Trans Union's defenses to Plaintiff's new claims in the amended complaint concerning account review inquiries. Mr. McCawley has prepaid vacation plans (out of the country) from December 12 through December 21, 2003.

**Unavailability of Trial Counsel - December 9-16 and January 19-29:**

4.      Bruce Luckman, undersigned trial counsel for Trans Union, was scheduled on July 30, 2003, for a date certain jury trial in the County Court for Harrison County, Gulfport, Mississippi, for Thursday, December 11, 2003. (G.L. Sanders, d/b/a Central Investigations v. Trans Union, No. D240101007 18) Sanders is a commercial action and does not involve any of the Trans Union witnesses identified in Ahern. In order to prepare for, travel to and from, and complete the Sanders

---

1 Steven Reger, a manager under Ms. Terry, is a Trans Union witness in Ahern, and is also a witness in the California action. Although he has testified, he is subject to recall as a witness in the California action.

trial through verdict, Mr. Luckman will be unavailable from December 9, 2003 through at least Tuesday, December 16, 2003.

5.  Undersigned counsel is also scheduled for a jury trial in <u>Ayers v. Equifax, BB&T Bank and Trans Union</u>, (consolidated), 03-CV-552, in the United States District Court for the Eastern District of Virginia (Hudson, J), for January 26 through 29, 2004. (Luckman will likely be in Richmond for the <u>Ayers</u> trial from January 25 through 30.)  Finally, the week of January 19, 2004, Luckman has personal commitments respecting prepaid air travel by his wife and one of his young children, which will prevent Luckman from traveling out of town that week.

**CONCLUSION**

6.  Counsel for Trans Union has conferred with counsel for Plaintiff, and Plaintiff does not object to this request.

7.  For all the foregoing reasons and conflicts, Trans Union respectfully requests that the instant action be re-scheduled to the either of the first two weeks of January or February 2004.

    Respectfully Submitted,

    _____
    BRUCE S. LUCKMAN (ct 10830)
    SATZBERG, TRICHON,
     KOGAN & WERTHEIMER, P.C.
    1818 Market St., 30th Floor
    Philadelphia, PA 19103
    (215) 575-7600; Fax: (215) 575-688

*Local Counsel:*
Ira W. Bloom, Esq. (ct 07629)
WAKE, SEE, DIMES & BRYNICZKA
27 Imperial Ave., P.O. Box 777
Westport, CT 06881-0777
(203) 227-9545; Fax: (203) 226-1641
email: ibloom@wsdb.com
*Counsel for Defendant, Trans Union LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

CARLEEN AHERN

301cv02313 (DJS)

v.

TRANS UNION LLC
ZALE CORPORATION

---

## CERTIFICATE OF SERVICE

Bruce S. Luckman, Esq., hereby certifies that he caused a true and correct copy of the foregoing Motion to Adjourn to be sent on this date, *via* FedEx, postage prepaid, to the following:

Joanne S. Faulkner, Esq.
123 Avon St.
New Haven, CT 06511-2422
(203) 772-0395

*Counsel for Plaintiff*

_____
BRUCE S. LUCKMAN

DATED:   November 17, 2003