UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CARLEEN AHERN** | : | |
|     Plaintiff | | |
| | | |
| v. | : | CIVIL NO.: 3:01cv2313(DJS) |
| | | |
| **TRANSUNION LLC** | : | |
|     Defendant | | |

### ORDER

Trans Union LLC's Unopposed Motion to Adjourn Trial Ready Date (Doc. #109) is hereby **GRANTED**. The parties shall appear for jury selection on **January 6, 2004 at 8:30 a.m.** The trial shall commence in **January, 2004.** The parties shall appear for a pretrial conference on **December 22, 2003 at 9:30 a.m.** There will be no further extensions of time granted.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this     26th     day of November, 2003.


    /s/DJS
Dominic J. Squatrito
United States District Judge