UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AHERN,
    Plaintiff

- v -                                        Civil No 3:01CV2313(DJS)

TRANSUNION, LLC.,
et al.,
    Defendants

### ORDER

A settlement conference shall be held before the undersigned on **December 31, 2003, at 10:00 a.m.** The parties shall submit ex parte statements **to the Chambers of Judge Smith**, not to exceed four pages, briefly setting forth their settlement positions, no later than December 29, 2003. **Facsimiles will not be accepted**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), aff'd, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this 8th day of December, 2003.



Thomas P. Smith
United States Magistrate Judge