*Held 9:40 – 11:10*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRETRIAL CONFERENCE/JURY SELECTION CALENDAR

HONORABLE DOMINIC J. SQUATRITO, U.S.D.J.
450 MAIN STREET
HARTFORD
NORTH COURTROOM, 2ND FLOOR

December 22, 2003

9:30 a.m.

IN JURY CASES, COUNSEL MUST ENSURE THAT THE JOINT TRIAL MEMORANDUM IS COMPLETE IN ALL RESPECTS, PRIOR TO THE PRETRIAL CONFERENCE.

IF THIS IS A JURY CASE, THE TIME AND DATE FOR JURY SELECTION IS SET FORTH BELOW.  IF THIS IS A COURT CASE, THE JURY SELECTION TIME AND DATE SERVES AS THE CALENDAR CALL.

ALL CASES SHALL BE DEEMED READY TO PROCEED TO TRIAL IMMEDIATELY FOLLOWING COMPLETION OF CALENDAR CALL.

ANY CONTINUANCE SOUGHT MUST BE BY MOTION FILED WITHIN SEVEN (7) DAYS OF THIS NOTICE AND FOR GOOD CAUSE.  LETTERS OR TELEPHONE CALLS WILL NOT SUFFICE.

FAILURE TO COMPLY WITH THESE INSTRUCTIONS MAY RESULT IN THE IMPOSITION OF SANCTIONS INCLUDING DISMISSAL OR ENTRY OF DEFAULT.

CALENDAR CALL FOR ALL CASES WILL START PROMPTLY.

CASE NO. **3-01-cv-2313(DJS)**     **Ahern v Transunion**

JURY SELECTION WILL BE ON **January 6, 2004** at **8:30 a.m.**

Ira W. Bloom
Wake, See, Dimes & Bryniczka
27 Imperial Ave., Po Box 777
Westport, CT 06881

Joanne S. Faulkner   ✓
Law Offices of Joanne Faulkner
123 Avon St.
New Haven, CT 06511-2422