## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CARLEEN AHERN**     Plaintiff | : |
| v. | : CIVIL NO.: 3:01cv2313(DJS) |
| **TRANSUNION LLC**     Defendant | : |

### ORDER

The Defendant's Trans Union LLC's Unopposed Motion to Adjourn Settlement Conference (Doc. #114) is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   9th   day of January, 2004.


　　　　　　　　　　　　　　　　　　 /s/DJS
　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　United States District Judge