UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 19 P 12: 45

U.S. DISTRICT COURT
HARTFORD, CT.

CARLEEN AHERN,
    -Plaintiff(s)

-v-                                  NO. 3:01 CV 2313 (DJS)

TRANSUNION LLC,
    -Defendant(s)

## SETTLEMENT CONFERENCE MEMORANDUM

A settlement conference was held before the undersigned today. The case has not settled and it is not expected to settle. The undersigned does not believe that a fourth settlement conference in this case would be worthwhile. Accordingly, the undersigned recommends that the case be placed on the court's next available jury trial calendar.

Dated at Hartford, Connecticut, this 19th day of April, 2004.

Thomas P. Smith
United States Magistrate Judge