Held
Time 11:00-11:05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar
Honorable Dominic J. Squatrito, U.S.D.J.
450 Main Street
Hartford
North Chambers, Suite 228, 2nd Floor

April 30, 2004

11:00 am

CASE NO. 3-01-cv-2313(DJS)    Ahern v Transunion, LLC, et al

Ira W. Bloom
Wake, See, Dimes & Bryniczka
27 Imperial Ave., Po Box 777
Westport, CT 06881

Joanne S. Faulkner
Law Offices of Joanne Faulkner
123 Avon St.
New Haven, CT 06511-2422

Bruce Luckman
Satzberg, Trichon, Kogan & Wertheimer
1818 Market St., 30th Fl.
Philadelphia, PA 19103-3699

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK