UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 26  P 2: 34
U.S. DISTRICT COURT
HARTFORD, CT.

**CARLEEN AHERN**
    Plaintiff

    v.    : CIVIL NO. 3:01cv2313 (DJS)

**TRANSUNION LLC, ET AL**
    Defendants

## ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable <u>Robert N. Chatigny</u>, United States District Judge, who sits in <u>Hartford</u>, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>Hartford</u> and bear the docket number **3:01cv2313(RNC)**. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this <u>26th</u> day of May, 2004.

                                         /s/DJS
                                         Dominic J. Squatrito
                                         United States District Judge

AO 72A
(Rev.8/82)