UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARLEEN AHERN

v.                                              Case No. 3:01CV 2313 (RNC)

TRANSUNION LLC                                  September 1, 2004

## PLAINTIFF'S MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to D. Conn. L. Civ. R. 2(d), plaintiff moves that Ian B. Lyngklip be admitted as a visiting lawyer in this proceeding pro hac vice. In accordance with the requirements of Local Rule 2(d), the following information is presented to the Court.

1. Visiting lawyer's office address and telephone number:

   Ian B. Lyngklip
   Lyngklip & Taub Consumer Law Group
   24500 Northwestern Highway Ste 206
   Southfield MI 48075
   (248) 746-3790
    (248) 746-3793 (fax)
   ianlaw@pop.net

2. Ian B. Lyngklip is a member in good standing of the bars of the U.S. Court of Appeals for the Sixth Circuit, the United States District Courts for the Eastern and Western Districts of Michigan and the State of Michigan.

3. Attorney Lyngklip has not been denied admission or disciplined by this Court or any other court.

4. The undersigned, Joanne S. Faulkner, will continue to participate in this action to

the extent permitted by D. Conn. L. Civ. Rule 83.13 and provide a local office as required by Local Rule 83.1(d).

5. Attorney Lyngklip's Declaration in Support of this Motion is attached hereto.

6. A fee of $25.00 has been paid to the Clerk of the Court in accordance with Local Rule 83(d)(2).

WHEREFORE, the plaintiff moves that Attorney Ian B. Lyngklip be admitted to practice before the United States District Court for the District of Connecticut as a visiting lawyer in this proceeding.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.Faulkner@snet.net

     This is to certify that the foregoing was mailed on August 31, 2004, postage prepaid, to:

Bruce Luckman
Satzberg, Trichon, Kogan & Wertheimer, P.C.
1818 Market St  30th floor
Philadelphia PA 19103-3699

                                            __/s/ Joanne S. Faulkner___
                                            Joanne S. Faulkner

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARLEEN AHERN,

    Plaintiff,

v.                                          Case No. 3:01CV 2313 (RNC)
                                                August 2004

TRANS UNION LLC

    Defendant.

I, Ian B. Lyngklip, hereby certify as follows:

1. I am a member in the law firm of Lyngklip and Taub Consumer Law Group, PLC and I make this certification in support of my application for leave to practice in this Court.

2. I am a member in good standing of the Bar of the State of Michigan and admitted to practice before the courts of the State of Michigan.

3. I am also admitted to practice in

    a. the United States Circuit Court of Appeals for the 6th Circuit,

    b. The United States District Court for the Eastern District of Michigan.

    c. The United States District Court for the Western District of Michigan.

4. I have never been disciplined or censured for misconduct, and there are no disciplinary proceedings pending against as a member of the Bar in any jurisdiction.

5. I have been requested to represent the Plaintiff as co-counsel in this matter.

6. I agree to
    a. Pay all fees required by the Court.

    b. Abide by all local and federal court rules.

    c. Notify this Court immediately of any matter affecting my standing at the Bar of any other court.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Ian B. Lyngklip (P47173)

Sworn to and Subscribed by me, this 24th day of August, 2004;

_____
Licia J. Dunaway, Notary Public
County of Macomb, State of Michigan
My Commission Expires: 2/27/05
Acting in Oakland County

**LICIA J DUNAWAY**
Notary Public, Macomb County, MI
My Commission Expires Feb 27, 2005
Acting in Oakland County,

