UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARLEEN AHERN

v.                                                          Case No. 3:01CV 2313 (RNC)

TRANSUNION LLC                                              September 3, 2004

### PLAINTIFF'S MOTION FOR ADMISSION OF VISITING LAWYER

Pursuant to D. Conn. L. Civ. R. 2(d), plaintiff moves that Leonard A. Bennett be admitted as a visiting lawyer in this proceeding pro hac vice. In accordance with the requirements of Local Rule 2(d), the following information is presented to the Court.

1. Visiting lawyer's office address and telephone number:

   Leonard A. Bennett
   Leonard A. Bennett, P.C.
   12515 Warwick Blvd Ste 100
   Newport News VA 23606-2675
    (757) 930-3660
    (757) 930-3662 (fax)
   lenbennett@cox.net


2. Leonard A. Bennett is a member in good standing of the bars of the U.S. Court of Appeals for the Fourth Circuit, the United States District Courts for the Eastern District of Michigan, the Eastern District of Virginia, the Western District of North Carolina, the Northern District of Illinois, and the States of Virginia and North Carolina.

3. Attorney Bennett has not been denied admission or disciplined by this Court or any

other court.

4. The undersigned, Joanne S. Faulkner, will continue to participate in this action to the extent permitted by D. Conn. L. Civ. Rule 83.13 and provide a local office as required by Local Rule 83.1(d).

5. Attorney Bennett's Declaration in Support of this Motion is attached hereto.

6. A fee of $25.00 has been paid to the Clerk of the Court in accordance with Local Rule 83(d)(2).

      WHEREFORE, the plaintiff moves that Attorney Leonard A. Bennett be admitted to practice before the United States District Court for the District of Connecticut as a visiting lawyer in this proceeding.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.Faulkner@snet.net

  This is to certify that the foregoing was mailed on September 2, 2004, postage prepaid, to:

Bruce Luckman
Satzberg, Trichon, Kogan & Wertheimer, P.C.
1818 Market St  30th floor
Philadelphia PA 19103-3699

              __/s/ Joanne S. Faulkner___
              Joanne S. Faulkner

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARLEEN AHERN,

    Plaintiff,

v.                                              Case No. 3:01CV 2313 (DJS) (TPS)
                                                March 29, 2002

TRANS UNION LLC
ZALE CORPORATION,

    Defendants.

    I, Leonard A. Bennett, hereby certify as follows:

1. I am a member in the law firm of Leonard A. Bennett, P.C. and I make this certification in support of my application for leave to practice in this Court.

2. I am a member in good standing of the Bars of the States of Virginia and North Carolina and admitted to practice before the courts of both states.

3. I am also admitted to practice in

    a. the United States Circuit Court of Appeals for the 4th Circuit,

    b. The United States District Court for the Eastern District of Michigan.

    c. The United States District Court for the Eastern District of Virginia.

    d. The United States District Court for the Western District of North Carolina.

    e. The United States District Court for the Northern District of Illinois.

4. I have also been admitted to practice Pro Hac Vice in several additional United States District Courts, including the District of Rhode Island and the District of South Carolina. I have never been denied admission pro hac vice.

5. I have never been disciplined or censured for misconduct, and there are no disciplinary proceedings pending against as a member of the Bar in any jurisdiction.

6. I have been requested to represent the Plaintiff as co-counsel in this matter.

7. This matter involves inaccurate credit reporting and violations of the Fair Credit Reporting

Act, 15 U.S.C.§ 1681 et seq.

8. I have substantial experience in dealing with claims under the FCRA in Federal Court.

9. Given my experience in litigating such issues and my familiarity with the issues involved in this matter, my admission pro hac vice, will serve the interest of Plaintiff and facilitate the efficient litigation of this matter.

10. I agree to associate with Ms. Joanne S. Faulkner in this matter.

11. I further agree to
    a. Pay all fees required by the Court'

    b. Abide by all local and federal court rules.

    c. Notify this Court immediately of any matter affecting my standing at the Bar of any other court; and

    d. Have pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in this court.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Leonard A. Bennett

Sworn to and Subscribed by me, this ___1st___ day of __September__, 2004;

_____
Dawn Chafer, Notary Public
At Large, State of Virginia
My Commission Expires: 8/31/05