# **JURY VERDICT SHEET: TU**

Question No 1.

CIRCLE ONE:

YES      NO      Trans Union was negligent in its preparation of Plaintiff's consumer report(s) which contained inaccurate information.

Question No 2.

CIRCLE ONE:

YES      NO      Trans Union was negligent in its reinvestigations of Plaintiff's disputes of inaccurate information.

*If the Answer to Question No. 1 and Question Number 2 are "NO," no further responses are required.*

Question No. 3.    (If the Answer to Question No. 1 *OR* Question No. 2 is YES)

CIRCLE ONE:

YES      NO      Plaintiff was harmed by inaccurate credit information contained in her Trans Union consumer reports which was furnished to a third party.

*If the Answer to Question No. 3 is "NO," no further responses are required.*

Question No. 4.    (If the Answer to Question No. 3 is YES)

CIRCLE ONE:

YES      NO      In addition to the harm which Plaintiff suffered as a result of inaccurate information contained in her Trans Union consumer reports, Plaintiff was harmed as alleged in this lawsuit by negligent acts committed by other parties.

**Plaintiff's objection: Plaintiff did not allege that she was harmed by negligent acts committed by other parties. The FCRA makes only Trans Union for its failure to comply with its statutory obligations of maximum possible accuracy, reasonable investigation, and permissible disclosure.** Zale had separate liability under a separate section, Betts v. Equifax, 245 F. Supp. 2d 1130, 1136 (W.D. Wa. 2003); the FCRA does not allow for indemnification or setoff, McMillan v. Equifax Credit Inf. Services, 153 F. Supp. 2d 129 (D. Conn. 2001) (perpetrator not liable) and cases cited therein; Kay v. First Continental Trading, Inc., 966 F.

Supp. 753, 754-55 (N.D. Ill. 1997) (none of the three potential federal grounds for contribution are present in an FCRA case).

Question No. 5.      (If the Answer to Question No. 3 or Question No. 4 is YES)

Compensatory Damages Award for all harm which you find that Plaintiff suffered: $_____.

Question No. 6.      (If the Answer to Question No. 3 *AND* Question No. 4 is YES, *AND* the Answer to Question No. 5 is greater than zero (0)):

Plaintiff was harmed as alleged in the complaint by the negligent acts of Trans Union and others. This harm may be allocated among the following entities as a percentage. State the percentage by which each parties' negligent act(s) caused Plaintiff harm, if any (the percentages assigned must add up to 100):

___% Defendant Trans Union;

___% Ms. Coleman, the fraud perpetrator;

___% Connecticut Credit Bureau;

___% former Defendant, Zale Corporation (which settled with plaintiff);

___% Any other person or entity.

**Plaintiff's objection: Same as above objection to No. 4.**

**Plaintiff also objects that the proposed verdict form is incomplete or misleading in that it does not allow for special findings or recognize that an act that is intentional is not negligent. Plaintiff has submitted a proposed verdict form as an alternative proposal.**