## **PROPOSED VERDICT FORM: Ahern**

INVESTIGATION

    1. Did Trans Union conduct a reasonable investigation of Carleen Ahern's claim that certain accounts appearing on her credit report were not hers?

    YES _____                                    NO _____

    2. If you answered NO to Question 1, what amount do you award to Carleen Ahern for actual damages, which may include personal humiliation, embarrassment, mental anguish, inconvenience, or emotional distress, due to Trans Union' conduct?

$ _____

**Trans Union's objection: The form does not inquire into whether the violation suggested in para. 1 was causally connected to harm; harm is wrongly assumed.**

PERMISSIBLE PURPOSE

    3. Did Trans Union provide information from Carleen Ahern's credit file to persons who had no permissible purpose to receive it?

    YES _____                                    NO _____

**Trans Union's objection: This claim was withdrawn. To the extent it was not withdrawn, plaintiff has not identified a witnesses or document to present the claim to the jury.**

    4. If you answered YES to Question 3, what amount do you award to Carleen

1

Ahern for actual damages, which may include personal humiliation, embarrassment, mental anguish, inconvenience, or emotional distress, due to Trans Union' conduct?

$_____

**Trans Union's objection: The form does not inquire into whether the violation suggested in para. 3 was causally connected to harm; harm is wrongly assumed.**

MAXIMUM POSSIBLE ACCURACY

5. Did Trans Union follow reasonable procedures to assure maximum possible accuracy of the information concerning Carleen Ahern when it prepared any consumer report about her after December 11, 1999?

    YES _____                 NO _____

**Trans Union's objection: Plaintiff has not identified a witnesses or document to present the claim to the jury. Further, there exists no report connected to an eligibility determination. Plaintiff cannot meet her burden on the elements.**

6. If you answered No to Question 5, what amount do you award to Carleen Ahern for actual damages, which may include personal humiliation, embarrassment, mental anguish, inconvenience, or emotional distress, due to Trans Union' conduct?

$_____

**Trans Union's objection: The form does not inquire into whether the violation suggested in para. 5 was causally connected to harm; harm is wrongly assumed.**

AFFIRMATIVE MISREPRESENTATION OR CONCEALMENT

      7. Did Trans Union affirmatively misrepresent any information about its investigation?

      YES _____                       NO _____

**Trans Union's objection: Plaintiff has not identified a witnesses, expert witness or document to present this technical claim to the jury. Further, because the claim can only stand if there is a showing of wilfulness, it should follow a jury interrogatory on that subject.**

      8. Did Trans Union effectively provide plaintiff with notice of her rights as required by the FCRA 15 U.S.C. §1681i(a)(6)(B)(iii)-(v)?

**Trans Union's objection: This claim is not made currently. To the extent it is, See 7 above.**

      YES _____                       NO _____

PUNITIVE DAMAGES

      9. If you answered any of the questions in favor of Carleen Ahern, do you find that any of Trans Union's acts were in conscious disregard of Ms. Ahern's rights under the Fair Credit Reporting Act, <u>or</u> were done willfully and deliberately?

      YES _____                       NO _____

      10. If you answered YES to Question 9 you must award a statutory amount between $100 and $1,000 but only if you have NOT already awarded actual damages

3

greater than $100.

       Amount of statutory award:  $ _____

       11.   If you answered YES to Question 9, state the amount of punitive damages you award.

       Amount of punitive damages:  $ _____

**Trans Union objects to Plaintiff's proposed verdict sheet, paragraphs 9 through 11, because, as a whole, they are vague, confusing and do not ask the jury to specifically identify the violation for which Trans Union ought to be punished.  In addition, the interrogatories are improperly repetitive and confusing, particularly the confluence of statutory punitive damages and "punitive" damages.   Plaintiff is not entitled to seek both statutory and general punitive damages.  The sought relief will only serve to confuse the jury.**

Dated: October ___ 2004
                                                                         _____
                                                                                Foreperson