UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP 24 A 11: 15
U.S. DISTRICT COURT
HARTFORD CT

CARLEEN AHERN

v.                                                                                    Case No. 3:01CV 2313 (DJS) (TPS)

TRANSUNION LLC, et al

## NOTICE OF APPEARANCE

The Plaintiff hereby notes the appearance of Leonard A. Bennett, Leonard A. Bennett, P.C., 12515 Warwick Boulevard, Suite 201, Newport News, Virginia 23606, as counsel in this case.

Please copy him to all matters in this case.

CARLEEN AHERN,

By _____
Of Counsel

LEONARD A. BENNETT
CT26223
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
(757) 930-3660
(757) 930-3662 facsimile

## MAILING CERTIFICATE

I certify that on the 22nd day of September, 2004, I mailed a true copy of the foregoing to the following:

BRUCE S. LUCKMAN
SATZBERG, TRICHON,
KOGAN & WERTHEIMER, P.C.
1818 Market St., 30th Floor
Philadelphia, PA 19103

Ira W. Bloom, Esq.
WAKE, SEE, DIMES & BRYNICZKA
27 Imperial Ave., P.O. Box 777
Westport, CT 06881-0777

JOANNE S. FAULKNER
123 Avon St.
New Haven, CT 06511-2422

_____
LEONARD A. BENNETT