UNITED STATES DISTRICT COURT
IN THE DISTRICT OF CONNECTICUT

CARLEEN AHERN,

-vs-                                               Case No. 3:01CV2313 (RNC)

TRANS UNION, LLC,

    Defendant

_____Appearance_____

    Ian B. Lyngklip enters his appearance on behalf of the Plaintiff, Carleen Ahern in this matter.

                              Respectfully Submitted,

                              LYNGKLIP & TAUB
                              CONSUMER LAW GROUP, PLC

                              By: _____
                              Ian B. Lyngklip P47173
                              Attorney For Carleen Ahern

Dated: September 28, 2004

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF CONNECTICUT

CARLEEN AHERN,

-vs-                                                    Case No. 3:01CV2313 (RNC)

TRANS UNION, LLC,

    Defendant
_____
                    Notice of Appearance

Ian B. Lyngklip hereby notifies all parties of the entry of his appearance in this matter.

Respectfully Submitted,

LYNGKLIP & TAUB
CONSUMER LAW GROUP, PLC

By: _____
Ian B. Lyngklip P47173
Attorney For Carleen Ahern

Dated: September 28, 2004

UNITED STATES DISTRICT COURT
IN THE DISTRICT OF CONNECTICUT

CARLEEN AHERN,

-vs-                                    Case No. 3:01CV2313 (RNC)

TRANS UNION, LLC,

    Defendant

**Proof of Service**

    My name is Ian B. Lyngklip and I am an attorney of record in this case. On September 28, 2004 I properly served all the parties entitled to notice with the following documents.

1. Proof of Service.
2. Appearance
3. Notice of Appearance

    Respectfully Submitted,

    LYNGKLIP & TAUB
    CONSUMER LAW GROUP, PLC

    By: _____
    Ian B. Lyngklip P47173
    Attorney For Carleen Ahern

Dated: September 28, 2004