UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARLEEN AHERN,              :
    Plaintiff,           :
                         :
V.                          :   CASE NO. 3:01CV2313(RNC)
                         :
TRANSUNION LLC,             :
    Defendant.           :

FILED
2005 JAN 21  P 4:04

## PRETRIAL ORDER

It is hereby ordered:

1. Trial will commence with jury selection on **March 8, 2005,** at 9:00 a.m.

2. Presentation of evidence will begin as soon as possible following jury selection. Other cases are set for jury selection on the same day as this one. Consequently, presentation of evidence in this case might be delayed.

So ordered.

Dated at Hartford, Connecticut this _21_ day of January 2005.

                                          Robert N. Chatigny/
                                          United States District Judge