UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLEEN AHERN | : |
| | : |
| v. | :   CASE NO. 3:01CV2313 (RNC) |
| | : |
| TRANSUNION LLC | : |

## JUDGMENT

This action came before the court for a trial by jury before the Honorable Robert N. Chatigny, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict in favor of the defendant, it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 11th day of March 2005.

KEVIN F. ROWE, Clerk

By   /s/lik
Linda I. Kunofsky
Deputy Clerk

EOD _____