# United States District Court

DISTRICT OF ███████

**PLTF'S WITNESS LIST**

Carleen Ahern
v.
Transunion, LLC

CASE NUMBER: 3:01CV2313(RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Faulkner, Bennett Lyngklip | Luckman Creech |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | D. Warner | L. Kunofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3-9-05 | | | Carleen Marie Ahern, Wallingford Ct. |
| | | 3-10-05 | | | Carleen Marie Ahern, Wallingford Ct. |
| 2 | | " | | | Diane A. Terry, Cronia, California |

Page 1 of ____ Pages