# United States District Court

DISTRICT OF _____

Carleen Ahern

v.

Transunion LLC

**WITNESS LIST**

CASE NUMBER: 3:01CV2313(RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Bennett, Lyngklip, Faulkner | Luckman, Creech |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | D. Warner | L. Kunofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 3.10.05 | | | Maria Giannelli North Branford, Ct. |
| | 2 | " | | | Mark Fraser, Norwalk, Ct. |
| | 3 | " | | | Lynn Romanowski, Chicago, Il. |
| | 4 | " | | | Keith A. McCawley, Chicago, Il. |
| | | " | | | Deposition Transcript read |
| | 5 | " | | | Diane Terry, Crown, California |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 1 of _____ Pages