# United States District Court

DISTRICT OF _Court_

**Carleen Ahern**
v.
**Transunion LLC**

**COURT EXHIBIT ~~████████~~ LIST**

CASE NUMBER: 3:01CV2313(RNC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Bennett, Lyngklip, Faulkner | Luckman, Creech |
| TRIAL DATE(S) | COURT REPORTER B. Warner | COURTROOM DEPUTY L. Kunofsky |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3.11-05 | | | Court Charge |
| 2 | | " | | | Note from jury |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 1 of _____ Pages