UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARLEEN AHERN,                    :
                                  :
    Plaintiff,                    :
                                  :
v.                                :   Case No. 3:01CV02313 (RNC)
                                  :
TRANS UNION LLC,                  :
                                  :
    Defendant.                    :

**VERDICT FORM**

We the Jury unanimously find as follows:

I.  **LIABILITY**

A.  **Claims Under FCRA, Section 1681e(b)**

   **Negligence**

1. Has plaintiff proven her claim that after December 11, 1999, defendant, in preparing a consumer credit report relating to her, negligently failed to comply with its duty under the FCRA to follow reasonable procedures to assure maximum possible accuracy of the information in the report?

         _____ Yes           ✓ No

   **Willfulness**

2. Has plaintiff proven her claim that after December 11, 1999, defendant, in preparing a consumer credit report relating to her, willfully violated its duty under the FCRA to follow reasonable procedures to assure maximum possible accuracy of the information in the report?

         _____ Yes           ✓ No

B.  **Claims Under FCRA, Section 1681i**

**Negligence**

3.  Has plaintiff proven her claim that defendant negligently failed to comply with its reinvestigation duties under the FCRA after it was notified of a dispute in October 2001?

_____ Yes         \_\_✓\_\_ No

**Willfulness**

4.  Has plaintiff proven her claim that defendant willfully violated its reinvestigation duties under the FCRA after it was notified of a dispute in October 2001?

_____ Yes         \_\_✓\_\_ No

If your answer to all the above questions is "No," you have completed your deliberations.  If your answer to any of them is "Yes," please go on to the next question.

II.  **DAMAGES**

A.  **Actual Damages**

5.  If your answer to question 1 is "Yes," has plaintiff proven that she sustained actual damages caused by the negligent failure to comply?

_____ Yes         _____ No

6.  If your answer to question 5 is "Yes," what amount of money do you award as fair, just and reasonable compensation for those actual damages?

_____

7. If your answer to question 3 is "Yes," has plaintiff proven that she sustained actual damages caused by the negligent failure to comply?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

8. If your answer to question 7 is "Yes," what amount of money do you award plaintiff as fair, just and reasonable compensation for those actual damages?

_____

B.   **Statutory Damages**

9. If your answer to question 2 is "Yes," but you find that plaintiff sustained no actual damages as a result of the violation (i.e., you have awarded no compensation for actual damages in response to question 6), you may award statutory damages between $100 and $1,000. What amount do you award?

_____

10. If your answer to question 4 is "Yes," but you find that plaintiff sustained no actual damages as a result of the violation (i.e., you have awarded no compensation for actual damages in response to question 8), you may award statutory damages of between $100 and $1,000. What amount do you award?

_____

C.   **Punitive Damages**

11.  Has plaintiff proven that punitive damages should be awarded?

            _____ Yes              _____ No


You have completed your deliberations.  Please have your foreperson sign and date the verdict form and send a note to the Judge informing him that you have reached a unanimous verdict.

Signed: _____*Lee Giguere*_____        Dated: _3/11/5_
                Foreperson