IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLEEN AHERN )<br><br>    Plaintiff, )<br><br>v. )<br><br>TRANS UNION LLC )<br><br>    Defendant. ) | C.A. No: 3:01cv02313 (DJS) |

**CAUTIONARY INSTRUCTION – CREDIT BUREAU OF CONNECTICUT (CBCT)**

Evidence was received subject to further proofs which Plaintiff did not have forthcoming. Therefore, I charge you as a matter of law that the conduct of the Credit Bureau of Connecticut in reinvestigating Plaintiff's disputes is not conduct for which Trans Union has any liability whatsoever. For this reason, I have stricken from the record all testimony regarding the Plaintiff's communications of disputes to CBCT and the CBCT's reinvestigations.

*Bruce S. Luckman*

Counsel for Trans Union, LLC