IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLEEN AHERN )<br>)<br>            Plaintiff, )<br>)<br>v. )<br>)<br>TRANS UNION LLC )<br>)<br>            Defendant. ) | C.A. No: 3:01cv02313 (DJS) |

**CAUTIONARY INSTRUCTION – MEDICAL "TESTIMONY"; PREGNANCY**

The Court has stricken Plaintiff's improper testimony regarding her medical conditions, blood pressure, and pregnancy. I charge you as a matter of law that Plaintiff is not entitled to recover damages for any such illness, symptoms or conditions. You must not consider that testimony in your deliberations.

BRUCE S. LUCKMAN
Counsel for Trans Union